IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RED BULL GmbH, a foreign corporation, | ) ) ) | CIV. S-05-900 GEB JFM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| RED RAVE, INC., a Nevada corporation and CARYL COCHRAN, an individual, | ) ) ) ) | |
| Defendants. | ) ) | |

On June 30, 2005, Defendants filed a request for telephonic appearance at the Status (Pretrial Scheduling) Conference which was scheduled for July 11, 2005.  Although Defendants had participated in the preparation of the Joint Status Report filed June 27, 2005, since Defendants have not yet filed an answer, they were not entered into the official Clerk's docket and, therefore, were not served with the Status (Pretrial Scheduling) Order filed June 30, 2005, which vacated the July 11 Status Conference.

///

///

1         The Clerk of Court is directed to serve a copy of the

2 June 30, 2005, Status (Pretrial Scheduling) Order on Defendants as

3 follows:

4         Matthew A. Becker
        THE LAW OFFICE OF MATTHEW A. BECKER, PC

5         1003 Isabella Avenue
        Coronado, CA  92118

6         email:  matt@beckerlawfirm.com

7

8         IT IS SO ORDERED.

Dated:  July 1, 2005

9

10                       /s/ Garland E. Burrell, Jr.
                      GARLAND E. BURRELL, JR.

11                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28