MORGENSTEIN & JUBELIRER LLP
JEFFREY V. COMMISSO (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
RED BULL GMBH

FILED

JUL 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED BULL GmbH, a foreign corporation<br><br>Plaintiff,<br><br>v.<br><br>RED RAVE INC., a Nevada corporation, and CARYL COCHRAN, an individual<br><br>Defendants. | Case No. 2:05-CV-00900-GEB-JFM<br><br>**PRO HAC VICE APPLICATION AND ORDER** |

I, Celine Jimenez Crowson, attorney for Plaintiff Red Bull GmbH, hereby petition for admission to practice under the provisions of Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state, under penalty of perjury, that:

My residence address is: 5611 Jordan Road, Bethesda, Maryland 20186.

My business address is: Hogan & Hartson, L.L.P., 555 Thirteenth Street, NW, Washington, D.C. 20004.

Business telephone: 202-637-5703.

I was admitted to practice in the following courts:

1. COURT: Court of Appeals for the District of Columbia on February 1, 1993;
2. COURT: Court of Appeals of Maryland on December 18, 1990;
3. COURT: U.S. Court of Appeals for the Third Circuit on March 11, 1991;
4. COURT: U.S. Court of Appeals for the Federal Circuit on August 6, 1991;
5. COURT: U.S. Supreme Court on July 15, 1994.

I am presently in good standing and eligible to practice in such courts. I am not currently suspended or disbarred in any other court.

Within the year preceding this application, I HAVE NOT made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served: JEFFREY V. COMMMISSO (CSB #191267).

DATED: 7/8/05        PETITIONER: _____

I hereby consent to my designation as counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

DATED: 7/8/05        DESIGNEE: _____, Morganstern & Luke
                     Address: One Market Spear Street Tower
                     32nd Floor, San Francisco, CA 94105
                     Telephone: (415) 901-8700

**ORDER**

PETITION IS HEREBY  (✓) GRANTED   ( ) DENIED.
DATED: 7-18-05
                     _____
                     UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION AND ORDER

2

Red Bull GmbH v. Red Rave, Inc. et al.
U.S.D.C for the Eastern District of California Case No. 2:05-CV-00900-GEB-JFM

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**PRO HAC VICE APPLICATION AND ORDER – Celine Crowson**

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Matthew A. Becker, Esq.                    Attorneys for Defendant RED RAVE INC.
Law Office of Matthew A. Becker, P.C.
1003 Isabella Avenue
Coronado, CA 92118

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this eighth day of July, 2005, at San Francisco, California.

Anne Louis

07235.00002
575973.1

PROOF OF SERVICE
-1-