MORGENSTEIN & JUBELIRER LLP
JEFFREY V. COMMISSO (CSB #191267)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
RED BULL GMBH

FILED

JUL 2 0 2005

CLERK, U.S. DISTRICT CO...
...STERN DISTRICT OF CALIF...

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RED BULL GmbH, a foreign corporation

Plaintiff,

v.

RED RAVE INC., a Nevada corporation, and CARYL COCHRAN, an individual

Defendants.

Case No. 2:05-CV-00900-GEB-JFM

**PRO HAC VICE APPLICATION AND ORDER**

I, Raymond A. Kurz, attorney for Plaintiff Red Bull GmbH, hereby petition for admission to practice under the provisions of Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District, and in support thereof, state, under penalty of perjury, that:

My residence address is: 5205 Burke Drive, Alexandria, Virginia 22309.

My business address is: Hogan & Hartson, L.L.P., 555 Thirteenth Street, NW, Washington, D.C. 20004.

Business telephone: 202-637-5683.

I was admitted to practice in the following courts:

COURT: Court of Appeals for the District of Columbia on May 14, 1982;

1 | COURT: U.S. District Court, District of Columbia on January 4, 1982;
2 | COURT: U.S. Court of Appeals for the District of Columbia Circuit on November
3 | 7, 1985;
4 | COURT: U.S. Court of Appeals for the Federal Circuit on May 2, 1986;
5 | COURT: U.S. Supreme Court on March 27, 1989;
6 | COURT: U.S. District Court, Northern District of California on September 26,
7 | 1990;
8 | COURT: U.S. Court of Appeals for the Ninth Circuit on January 27, 1988;
9 | COURT: U.S. Court of Appeals for the Third Circuit on February 4, 1991.
10 |     I am presently in good standing and eligible to practice in such courts. I am
11 | not currently suspended or disbarred in any other court.
12 |     Within the year preceding this application, I HAVE NOT made a pro hac
13 | vice application to this court.
14 |     I hereby designate the following member of the Bar of this Court with whom
15 | the Court and opposing counsel may readily communicate regarding the conduct of
16 | the case and upon whom papers shall be served: JEFFREY V. COMMISSO (CSB
17 | #191267).
18 |
19 | DATED: 7/8/05    PETITIONER: _____
20 |     I hereby consent to my designation as counsel with whom the Court and
21 | opposing counsel may readily communicate regarding the conduct of the case and
22 | upon whom papers shall be served.
23 |
24 | DATED: 7/8/05    DESIGNEE: _____
25 |     Address: Morgenstein & Jubilier, One Market
26 |     Spear Street Tower 32nd Fl., San Francisco CA 94105
27 |     Telephone: (415) 901-8700

PRO HAC VICE APPLICATION AND ORDER

2

# ORDER

PETITION IS HEREBY ( ✓ ) GRANTED ( ) DENIED.

DATED: 7-18-05

_____
UNITED STATES DISTRICT JUDGE

Red Bull GmbH v. Red Rave, Inc. et al.
U.S.D.C for the Eastern District of California Case No. 2:05-CV-00900-GEB-JFM

## PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is One Market, Spear Street Tower, 32nd Floor, San Francisco, California. On the date stated below, at San Francisco, California, I served the attached document(s) on the parties in this action as follows:

**PRO HAC VICE APPLICATION AND ORDER – Raymond A. Kurz**

☒  By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Matthew A. Becker, Esq.                    Attorneys for Defendant RED RAVE INC.
Law Office of Matthew A. Becker, P.C.
1003 Isabella Avenue
Coronado, CA  92118

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this eighth day of July, 2005, at San Francisco, California.

_____
Anne Louis

07235.00002
575973.1

-1-

PROOF OF SERVICE