MORGENSTEIN & JUBELIRER LLP
SHAWN D. PARRISH (CSB #155697)
JEFFREY V. COMMISSO (CSB #191267)
CHRISTOPHER D. LEGRAS (CSB #234958)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Plaintiff
RED BULL GmbH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED BULL GmbH, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>RED RAVE INC., a Nevada corporation, and CARYL COCHRAN, an individual,<br><br>Defendants. | Case No.: 2:05-CV-0900-GEB-JFM<br><br>**JOINT STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** |

Plaintiffs RED BULL GMBH ("Plaintiff"), and Defendants RED RAVE INC. and CARYL COCHRAN ("Defendants"), through their respective counsel of record, hereby seek an enlargement of time of certain deadlines established in the Court's Pretrial Scheduling Order, entered on June 29, 2005. This extension is requested for good cause, as the parties are negotiating towards a potential settlement of this matter, and a draft settlement has been forwarded. Specifically, it is requested that the following deadlines be moved as described herein:

1. Identification of Expert Witnesses          February 12, 2006
2. Identification of Rebuttal Expert Witnesses:  March 11, 2006
3. Expert Reports Due:                         April 13, 2006
4. Rebuttal Expert Reports Due:                June 15, 2006
5. Discovery Cut-off:                          July 7, 2006

All other deadlines shall remain the same.

07235.00002
595097.1

| | | |
|---|---|---|
| 1 | DATED: December _____, 2005 | MORGENSTEIN & JUBELIRER LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Shawn D. Parrish<br>Jeffrey V. Commisso |
| 5 | | Christopher D. LeGras<br>Attorneys for Plaintiff |
| | | RED BULL GmbH, a foreign corporation |
| 6 | Of Counsel | |
| 7 | HOGAN & HARTSON L.L.P.<br>Raymond A. Kurz | |
| 8 | Celine Jimenez Crowson<br>555 Thirteenth Street, NW | |
| 9 | Washington, DC  20004<br>TEL: 202-637-5600 | |
| 10 | FAX: 202-637-5910 | |
| 11 | | |
| 12 | DATED: December _____, 2005 | THE LAW OFFICE OF MATTHEW A. BECKER, PC |
| 13 | | |
| 14 | | By _____ |
| 15 | | Matthew A. Becker, Esq. |
| 16 | | 1003 Isabella Avenue<br>Coronado, CA  92118 |
| 17 | | Attorneys for Defendants<br>Red Rave, Inc. and Caryl Cochran |
| 18 | | |
| 19 | | **ORDER** |
| 20 | **IT IS SO ORDERED.**[*] | |
| 21 | | |
| 22 | DATED: December 19, 2005 | /s/ Garland E. Burrell, Jr. |
| 23 | | GARLAND E. BURRELL, JR.<br>United States District Judge |

_____

[*] The Court grants the dates the parties requested even though one day, February 12, 2006, is a Sunday and another day, March 11, 2006, is a Saturday.

MORGENSTEIN & JUBELIRER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

07235.00002
595097.1